# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> APRIL TILLMAN, <br><br> Defendant. | No. 12-CR-2024-LRR <br><br> **ORDER** |

On July 24, 2013, the court accepted the jury verdict finding Defendant April Tillman guilty on Count 1 of the Indictment.

Accordingly, IT IS ORDERED as follows:

1. Defendant is adjudicated guilty of Count 1 of the Indictment.
2. The United States Probation Office shall conduct a presentence investigation and prepare a report.
3. The attorneys shall timely comply with the deadlines for preparation of the presentence report.
4. Defendant is to remain in custody pending sentencing.

**IT IS SO ORDERED.**

**DATED** this 25th day of July, 2013.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA