IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No.: 12-CR-2024 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | MOTION FOR COMPASSIONATE |
| APRIL TILLMAN, | ) | RELEASE |
| | ) | |
| Defendant. | ) | |

April Tillman, through undersigned counsel, respectfully moves this Court pursuant to 18 U.S.C. § 3582(c) for reduction of her sentence of imprisonment to time served and for immediate release based on the "extraordinary and compelling reasons." In support of this Motion, Ms. Tillman relies on the accompanying Brief and exhibits attached.

WHEREFORE, April Tillman respectfully requests that this Court grant her motion for compassionate release and order the reduction of her sentence of imprisonment to time served and her immediate release.

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA 52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Christopher J. Nathan

CERTIFICATE OF SERVICE
I hereby certify that on June 11, 2020, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By: /s/ Melissa Dullea

CHRISTOPHER J. NATHAN
christopher_nathan@fd.org
ATTORNEY FOR DEFENDANT

1